Submitted on record and briefs August 2, reversed October 3, 2007

In the Matter of T. S.,
Alleged to be a Mentally Ill Person.
## STATE OF OREGON,
*Respondent,*

*v.*

## T. S.,
*Appellant.*

Clackamas County Circuit Court
M060211; A131853

168 P3d 1259

Gay Canaday filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Michael R. Washington, Senior Assistant Attorney General, filed the brief for respondent.

Before Edmonds, Presiding Judge, and Wollheim and Sercombe, Judges.

PER CURIAM

**PER CURIAM**

Appellant seeks reversal of a judgment committing him as a mentally ill person for a period not to exceed 180 days. ORS 426.130. Appellant argues that the record does not establish by clear and convincing evidence that he is unable to provide for his basic needs or is a danger to himself or others because of his mental disorder. *See* ORS 426.005(1)(d). The state concedes that the evidence is insufficient for involuntary commitment and that the judgment should˙ be reversed. On *de novo* review of the record, we accept the state's concession and reverse.

Reversed.